# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

# 17 CV 540

_TYQUAN HASKINS_

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

The People of the State of New York etc... all in the individule Capacity A.D.A: Michelle Sophia, Gordon, Buza, Hurwitz etc... & Official capacity,

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

## COMPLAINT
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

RECEIVED
SDNY PRO SE OFFICE
2017 JAN 24  AM 11: 48

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _1, 4, 5, 6, 8, 14 Amendments violated_

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_TYQUAN_          _J_          _HASKINS_

First Name          Middle Initial          Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_B&C#349-16-09361  NYSID#08655617N_

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_Anna M. Kross Center_

Current Place of Detention

_18-18 Hazen Street_

Institutional Address

_East Elmhurst_          _N.Y_          _11370_

County, City          State          Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

Adam                     Tegan                          7192
First Name            Last Name                    Shield #

Detective
Current Job Title (or other identifying information)

Detective squad 33rd Precinct
Current Work Address

New York                     N.Y,           33rd Precinct
County, City                      State              Zip Code

Defendant 2:

Gordon               Ludwig                     ESQ
First Name            Last Name                    Shield #

Legal Aid
Current Job Title (or other identifying information)

45 Thomas Street
Current Work Address

New York                     N.Y.           10013
County, City                      State              Zip Code

Defendant 3:

Sophia                Khan                      A.D.A
First Name            Last Name                    Shield #

Assisting District Attorney
Current Job Title (or other identifying information)

One Hogan Place
Current Work Address

New York                     N.Y.           10013
County, City                      State              Zip Code

Defendant 4:

John                   Buzz                      P, C,
First Name            Last Name                    Shield #

Law Office of John Buzz
Current Job Title (or other identifying information)

20 Vesey Street
Current Work Address

New York                     N.Y.           10007
County, City                      State              Zip Code

## V.   STATEMENT OF CLAIM

1. 265 E 161 St        2. 100 Centre St

Place(s) of occurrence: Bronx N.Y 10451        New York N.Y. 10013

1. 265 E 161 St
   4th floor                    2.    100 Centre St    8/26/16   9/1/16
                                                       8/30/16   9/19/16

Date(s) of occurrence: Bronx N.Y 10451  8/25/2016        New York N.Y. 10013 8/31/16 10/31/16

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

An abduction happen too me from Bronx County too Manhatten. I was told "the detective from 33pct just wanna ask you some question and you can go back and see the judge," on August 25, 2016. I was charge with Robbery 2nd on 8/26/16 as legal Aid society kept telling me not too go to the grand jury as Judge June doe ask off the record about the I.Card and set bail very high on me. On 8/30/16 legal Aid who served the people the grand jury papers for me too testify refuse to produce me for grand jury as Gordon ask me to take an A.D.A plea offer of 1 to 3 years, I refuse the offer as Gordon refuse too be my lawyer. Which gives the people more time as my Due process was violated, On 8/31/16 I wasn't Produce infront of a judge to tell my story as lawyer Gordon came in the holding pen with another lawyer and said "I reliving myself right now" as Mr Buza was my new lawyer. Which looks like lawyer appointed lawyer. On 9/1/16 I went to the grand jury and they ask me If Mr. Buza was my lawyer I stated "No" I was appointed an Legal Aid by the judge who you suppose to be infront of when He/She is being appointed an new lawyer.
My Due process was violated by Mr Buza see Exhibit as well Legal Aid and Judge June doe Part:. F
See Exhibit attch

Plaintiff third lawyer Who was working along with the A.D.A ask the 18b Mr. Buza who text MS. Sophia Khan A.D.A. "I'm standing here with the new 18b lawyer Micheal Hurwitz ESQ we are about to go on record, He wants to know the plan." as Mr. Buza Stated "Easier for you two to discuss" around 3:38pm see Exhibit 2ttch The new 18b lawyer Micheal Hurwitz ESQ ask for client name too bee spell right as well for Case to be dismiss & ROR both application denial. The 18b lawyer ask to produce plaintiff too the grand jury to testify as people shouldn't presented without producing

**INJURIES:** plaintiff see Exhibit 2-ttch

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I was abductive from Society on 8/25/2016 in Bronx County Court without seeing the Judge.

I was anticipating to go infront of the grand Jury on 8/30/2016 but was violated by Legal Aid Society Cousel Gordon Ludwig ESQ.

On 9/1/2016 My grand Jury proceeding was stop by 18b Mr. John Buza who never produce me infront of a Judge when He was Appointed on 8/31/16.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

For all Legal lawyers that's appointed to defendants too not Waived His/Her right to the grand Jury after the papers have been Served, Unless Client Consent and sign off on it.

For All Lawyers Stop abuseing the Law of "people v. Marcus" which give the lawyer the right to violate client right not too go to the grand Jury.

Plaintiff DUE Process was violated on 8/25/2016 unlawful arrest and 8/30/16 Legal Due Process violated by appionted lawyer's and A.D.A along with Judges; Jane doe's who place a very High bail on Client. Client 1, 4, 8, 6, 5, 14 Amendments has been violated by the Courts and 33pct, Plaintiff ask for $4,000 a day spend up in Riker's Island without Proper Due Process from the 33pct & Courts who knew no warrant was made for Abductions at Bronx County Court on 8/25/2016 at 11AM

## STATEMENT OF FACTS

On August 25, 2016 at 265 East 161 St Bronx County N.Y. 10451. I TYQUAN HASKINS who had Court & was running one hour and half late. As 18b Bronx lawyer Seth Greisman # (914)-372-1065 Contact me as I let him know I was arriving late. When I made it too Court on the 4th floor outside of the Court house room Stood three unmark Clothing officers who rush me before I could reach the Courtroom door. I ask what was the reason for them too stop me from entering the Courtroom as I refuse to be place in handcuff. One officer stated "The Detective from 33pct just wanna talk to you and you can go back too Court and see the judge after you finishing answer his questions."

I ask the officers if I can See the judge first as they said "NO" and kept reaching for my hand to handcuff me too the rear. I ask unmark officer's John doe's "If I'm needed for questions why are you place handcuff on me? As D.O.C Capt: Lynch Came out of a Courtroom and threating too mace me cause I was refusing too be handcuff in the hallway as people could hear and see the abduction.

I was escorted out around 11AM by three unmark officer's as D.O.C Capt: Lynch assisted them walking me to the main entrance. When I arrive at 33pct Detective Adam Tegan#7192 who clap his hand in joy as the unmark officers laugh along with Adam#7192 when I ask why I'm being treated as if I did a Crime. Adam#7192 ask me too empty out my pockets when handcuff was taking off of me as detective took my two cell phones. I ask if he had and Search warrant as well & warrant to abducted me from Court

4,5,6,8,14, Amendments vioted by N.Y.C 33pct

② Detective: Adam Tegan#7192 laugh at me and stated "You like the interception my boyz made on you?" I ask "Why you couldn't Show me a warrant for my arrest as well why you couldn't wait until I See the judge?" Adam#7192 Stated "The judge will let you go cause truthfully me & my boyz don't have a warrant for your arrest but an Id card was drop on you I could alway say that." I ask what was going on as Adam#7192 told me I'm being charge with robbery in the Second degree by an person who knows me. I ask for the person name Adam#7192 Stated a female name that I never heard before as he was taking my two Cell phones too use it against me as Stoling property.

My Due Process Rights was violated by 33pct three unmark office John does & det.Adam Tegan#7192 as they pick up my cell phone When my 18b lawyer [Seth Greisman#(814)-372-1065] Call. The Egregious misconduct done by the detective as my phones was taking from me as I was falsely lie too by the three unmark officers.

My 1,5,6,4,8,14 Amendments was violated by the N.Y.C 33pct who unlawful arrested me on 8/25/16 & unreasonable Search and Seizure; taking of property without due process; unreasonable force and "deprivation of liberty without due process of law, which includes the right not to have Criminal Charges based on fraudulent evidence or false information." New York City 33 pct Detective: Adam Tegan#7192 is free to fabricate false Confessions at will would make a mockery of the notion that Americans enjoy the Protection of due process of the law and fundamental justice.

As I'm finger printed for Robbery in the Second degree at 33pct as my property was taking from me and use by the 33pct Det:Adam#7192 as Stoling property two cell phones that's Samsum Galaxy white color in good condition: See Exhibit "A" page "2". top page as the people State Stoling, property.

(7)

On August ___ 2016 at ___ New York N.Y. 10013 at Courtroom AR3. I spoke with Legal Aid Gordon Ludwig ESQ who advice me to not go to the grand jury after I told him that my Constitution Rights was violated by NYC 33pct Det. Adam #7192. Legal Aid. Gordon Ludwig ESQ Stated "The officer's Couldn't just take you from Court unless they had an Warrant." As he told me that we will find out when we get infront of the judge as he ask me about the person that know me. I knew her by another name not the main name the Court use and officers use as I explain my story the Legal Aid. Gordon Ludwig ESQ agree to place me infront of the grand jury. I feel the Legal Aid Gordon Ludwig ESQ wasn't going too tell the judge about my Rights being violated by 33pct who was egregious as they use my cell phone for stoling property and abducted me from Bronx County Court, without seeing the Judge. See Exhibit "A" page "3" & "4".

On August 30, 2016 100 Centre St New York N.Y. 10013 at Counsel visited area at "M.D.C." Court holding area. Legal Aid. Gordon Ludwig ESQ Didn't produce me infront of the grand jury as Gordon Wanted me too take the A.D.A plea of 18 months which means the Victim haven't come in the grand jury and A.D.A need more time to get the victim who is lying.

I rejected the A.D.A offer and ask too be produce at grand jury as Legal Aid. Gordon Ludwig Stated "You don't take the 18 months I'm not your lawyer." I was drop on 8/30/16 by Legal Aid Gordon Ludwig ESQ who wanted me to take the A.D.A plea offer.

## ——— TREBLE DAMAGES ———

I was fool by the Legal Aid Society Gordon Ludwig ESQ who agree too take me and the day for me too testify I was not produce as well drop off the Legal Aid Society who supposed to help those who are innocent instead of forcing there client take a prosecution offered plea. If Mr. Ludwig ESQ felt sending me up north when I told him I didn't do the Criminal action they accuse me for. Why Represent me ???

4)

On August 31, 2016 100 Centre Street New York N.Y. 10013. I had Court as I didnt See any Judge at Part F as the Legal Aid Society lawyer; Gordon Ludwig ESQ walk in Smiling with another Person who Stated that he was my lawyer as I told him that I never reless the Legal Aid Society Gordon Ludwig E.S.Q. Mr. John Buza 18b lawyer Stated he will be my new lawyer as Gordon Ludwig didn't wanted too be my lawyer anymore. I was told by the new 18b lawyer John Buza if I take the Stand at the grand Jury I will received 7 years as the people offer me 2 to 4 years to not go too the grand Jury. I rejected the people plea barging as 18b lawyer Stated "I'll don't think it will be in you best intrest to go too the grand Jury but if you wanna go let me get the papers for you too Sign." As Mr John Buza late me Know that he will bring me too the grand Jury today 8/31/16 cause it a all day grand Jury. As Mr. John Buza infor me I should be testify in the afternoon which never happen as I was let down and lie to again by another lawyer. Two lawyers have show me "TEBLE DAMAGES" as I was told too Come back on 9/1/16 by MDC who told me I wasn't indicted but I was coming back tomorrow.

On September 1, 2016 100 Centre Street New York N.Y. 10013 I want to the grand Jurly and let the people Know my Due process was violated as well the A.D.A ask if John Buza 18b lawyer was my lawyer. I said "No" that I was appointed an Legal Aid Society lawyer not an 18b lawyer. That I never was infront of a Judge to be appointed an 18b lawyer like Mr. John Buza. 18b lawyer John Buza stop my proceeding at the grand Jurly which is a violation too me cause I told the truth that the Judge never pianted as well I wasn't produce infront of an Judge to be appointed John Buza who was bought in by the legal Aid Society lawyer Gordon who wanted me too take the A.D.A plea barging. On 8/30/16.

⑤

On September 1, 2016 Centre Street New York N.Y. 10013. I was taking out of the grand Jury by 18b lawyer Mr. John Buza who felt violated Cause I told the truth whe A.D.A ask if he was my lawyer. 18b lawyer Mr. Buza said we going down too Part: F So the Judge can pionted you a new lawyer. I want in front of the Judge and was appionted an 18b lawyer Micheal Hurwitz ESQ who ask the Judge to R.O.R cause I never fired any lawyer as well tell them to waived my 180.80 & 30.30 at any time. Judge denied application as 18b lawyer Hurwitz ESQ ask for case to be dismiss Cause I never told John Buza to stop my proceeding in the grand Jury as well on 8/30/16 I never ask Legal Aid Society Gordon Ludwig to waived my right to not too testify at the grand Jury as well my 180.80 & 30.30. Application was denied by Judge see Exhibit "E" page "7." 18b lawyer ask the people too not present the case to the grand Jury without me having an opportunity to testify in the grand Jury, As the A.D.A Produce the case without me being able to testify as I was indicted without finisheding my grand Jury testify after 18b Mr. John Buza Stop my proceeding and waived my rights without my consent on 8/1/16.

The reason 18b John Buza Stop my proceeding at the grand Jury was becaus A.D.A asked was attorney John Buza my Attorney at the time. I said "No" to the A.D.A which I told the A.D.A my Constitutional Rights is being violated by the lawyers & A.D.A as well the 33pct Officers. John Buza got mad at me and took me too the hallway as 18b lawyer stop the my testimony at the grand Jury cause I'll was ask if he was my lawyer and I stated that the Judge never produce me too appionted Mr. John Buza ESQ as my lawyer. He was appionted by another lawyer who didn't care about my Due process or rights as I was being violated by the legal Aid & Court's A.D.A and Judge.

⑤

On September 19, 2016 100 Centre Street New York N.Y. 10013 at Courtroom Part: 71 by Judge: Ms. Ward who had arraign me on the indictment by the people on 9/1/16 as the foreman Signature wasn't there to be Shown by the people on 9/1/16 as I was indicted.

18b lawyer Micheal Hurwitz didn't State to the Judge: Ms. Ward I haven't got too testify at the grand Jury as well Micheal Hurwitz didn't place an application too reduce Bail after hearing Robbery Second drop to Robbery in the third 3rd Which is an non-violent charge. 18b lawyer Micheal Hurwitz didn't even attemped to put in a motion infront of the judge: Ms. Ward who kept bail at a high $15,000, over $15,000 as I was told to stay away from Victim if I bail out. As my 18b lawyer Micheal Hurwitz never asked or put in an application for me to be produce in the grand Jury as well Bail Reduction no 190.50 or 530.40 was enter as I felt violated and Ready to give up and cop out to go up State cause the new lawyer ask for me too go in front of the grand Jury on 9/1/16 but the A.D.A disregard the lawyer and Court order as my Due process was violated.

My next Court date was on October 31, 2016 as I was led out by the Court officer. 18b lawyer who failed too put in a motion too go infront of the Judge and to Reduce my bail is signs of I.A.C. as non of my regust was answer as the 18b lawyer put in his on motion without my Consent. Which I was asking to be go infront of the grand Jury until this day on as the people waived me not to go. Micheal Hurwitz put in motion to go over the grand Jury minutes as I was asking to go in front of the grand Jury. Micheal Hurwitz never respone too my motion that I send from Riker's Island 190.50 246 530.40

(6a)

On October 31, 2016 100 Centre Street New York N.Y. 10013 at Courtroom Part: 71 Judge: Ms. Ward who denied my Bail motion as she told me out of four motion I send her she received and entertain one which was an alternative Sentence for non-Volent crimes. As Ms.Ward told me she isn't granting the motion cause my case is Robbery in the 3rd and isn't good for an inpatention program. I was asking for an inpatent Drug program and was denied by the Honorable Judge: Ms. Ward who arraign me on grand Jury indictment on 9/19/16 as the Charge was drop to Non-Volent Charge.

My next Court date was told to me infront of the Judge: Ms. Ward 12/5/16 as 18b Micheal Hurwitz didn't asked for a bail or ask the Judge why I couldn't be accept to an inpatention Drug program? The lawy was acting as if he was scare to advocate on my behalf. The Judge: Ms Ward talk and the people as well my lawyer will Just listen.

On December 5, 2016 100 Centre Street New York N.Y. 10013 at Courtroom Part: 71 as I was told to get ready for trial know as pre-trial hearing as I was taking out of the Courtroom after Micheal Hurwitz made two application request on my behalf one for Bail Reduction as the Judge denied it and I ask for the grand Jury as Micheal Hurwitz didn't ask the Judge Ms. Ward about me having the oppertunity to go infront of the grand Jury. I feel as if my lawyer is doing his on thing as well he never until this day on tell me what motion he's putting in as the A.D.A is telling Micheal Hurwitz to get me to take the 2 to 4 offer. Ever Since I'll been indicted on the 9/16/16 18b Micheal Hurwitz keep on telling me on ever apprence to Court about the A.D.A offer 2 to 4.

⑦

Since 9/1/16 Micheal Hurwitz haven't act as a real lawyer as he keep on offering the A.D.A plea 2 to 4 for me too cop out at Court room Part: 71 in front of Judge: MS. Ward who is doing my pre trial hearing and I'm told she will do my trial by Micheal Hurwitz who isn't Communicating with me. The No Communication between me and my lawyer who isn't responding too my motion as well the A.D.A phone call to produce me at the grand jury. See Exhibit "G" the people Opposition to the Motion 18b lawyer Micheal Hurwitz who put in to deduct time out of my 30.30.

I being told every time I arrive too Court to take the 2 to 4 Offer by my 18b lawyer Micheal Hurwitz who haven't Challenge the people who indicted me without producing me too the grand Jury on the 9/1/16. As well the lawyer didn't bring it up that two lawyers have Stop my 180.80 & 30.30 with out my Consent. the 18b lawyer Micheal Hurwitz isn't working on my behalf as the pre-trial Hearing don't have Isaacson Hearing from the last two lawyer who Ineffective Assistance Counsel which should of been mention as well raised in Court on December 5, 2016.

TREBLE DAMAGES is showing on all three lawyers One Legal Aid Society: Gordon Ludwig ESQ and the Second 18b John Buza as the third 18b Micheal Hurwitz who play a major roll every time I arrive to Court he is Offering the A.D.A plea barging 2 to 4.

18b Micheal Hurwitz never had a video Conference as well respond to my motions I put in.

All three lawyers never responded to my requested too my Rights being violated by the 33 pct Det: Adam #7182 who Took me off the Street with out a warrant and Prosecutorial Continue the Misconduct

## LEGAL ARGUMENT

All three lawyers failed to allege police misconduct that have violated defendant Constitutional Rights; As all lawyers that listen too defendant Complaint about his abduction at Bronx County Court. Defendant never failed to allege police misconduct as all three lawyers took notice of defendant stating his Due process was violated. "ISAACSON HEARING" Deveraux V. Abbey / Geter V. Fortenberry

I.A.C: As all three lawyer kept on telling defendant to take the A.D.A plea offer Legal Aid Society lawyer refuse too be defendant lawyer cause Client rejected 1to3 18month offer. Both 18b lawyers offer defendant the A.D.A offer, of 3to7 Mr. John Buza said as he retive himself on 9/1/16 by stopping defendant grand jury proceeding. 18b Micheal Hurwitz offer defendant 2to4 years on 9/19/16 10/31/16 12/05/16 as client rejected offer "Lafler V. Cooper, 132 S Ct. 1376 (2012): "People V. Thomson, 46 A.D. 3d 939, 940 (3d Dept. 2007)

## TREBLE DAMAGES

8/26/16 Legal Aid Society Gordon Ludwig ESQ. lie too Client & the Judge as the prosecuter work with false evidence and fabricated story by Officers and Victim as Legal Aid Gordon work with the A.D.A by waiving my 180.80 & 30.30 without my consent. As well 18b John Buza who have A.D.A Cell number as they text back an forth too each other about the plain they have on 8/31/16. 18b Micheal Hurwitz ask on 9/1/16 the 18b John Buza who text the A.D.A on the Statement of Mr. Hurwitz who Stated "Whats the plain" Which Show "Treble damage

See Exhibit "A"

My Constitutions Amendments has been Violated by the Judges & lawyer's Amendment 4,5, 6, 8, 14 violated.

① On 8/25/2016 I was abductive from 265 East 161 Street Bronx N.Y. 10451 4 floor by three unmark NYC 33pct officer's who didn't have a warrant or Search warrant to handcuff me before I could see the Judge in Bronx County, As D.O.C Capt assisted them walking me out of Court.

② 33pct Detective Adam Tegan #7192 stated too me around 11:30AM "you like the interseptions that was made by my boyz". As my property was remove and phones wasn't vocher as Tegan #7192 stated my cell phones was being use as stolen property in the case.

③ On 8/26/2016 I was call to be arraignment around 11AM by Judge# Joanne Watters, who ask about the I.D. too the people as well ask what took too long as the D.A. stated "Nothing". Joanne WatterJudge Who knew there wasn't no warrant or I.D. drop on me, continue too process the case knowing I was abductive from Bronx Criminal Court 8/25/16. Judge: Joanne Watters, who favor the A.D.A by placing bail at $15,000 knowing the people ask for 3,000 that's half of what the A.D.A ask for. Violating my Rights

'Amendment violations

Abduction from Court See Proceedings
Page "4" as Judge ask about the delay
and Legal Aid states plaintiff was at Court.

The People lies on there V.D.F
Stating Plaintiff was lock up in manhatten
See People Voluntary
Disclosure Form Attch in the back.

# EXHIBIT A

The Peoples Voluntary disclosure form
States Arrest 2207 Amsterdam Avenue
11:45 AM 8/28/16  See Attch P.V.D.F as well
No warrant box Check. on page "4"

1

```
 1    CRIMINAL COURT OF THE CITY OF NEW YORK
      COUNTY OF NEW YORK:    PART  APAR1
 2    ----------------------------------------X

 3    THE PEOPLE OF THE STATE OF NEW YORK      :   DOCKET NO.

 4                                             :

 5              -against-                      :   2016NY051176

 6    TYQUAN HASQUINS,                         :
                                   Defendant. _____
 7    ----------------------------------------X
                                   100 Centre Street
 8                                 New York, N.Y. 10013
                                   AUGUST 26, 2016
 9

10    H O N O R A B L E:

11              JOANNE WATTERS,

12                                             Judge.

13    A P P E A R A N C E S:

14              FOR THE PEOPLE:

15                  CYRUS VANCE, JR., ESQ.
                        DISTRICT ATTORNEY
16                      NEW YORK COUNTY
                    BY:  CHRISTOPHER MILLS, ESQ.
17

18              FOR THE DEFENDANT:

19                  THE LEGAL AID SOCIETY
                        45 THOMAS STREET
20                      NEW YORK, NEW YORK 10013
                    BY:  GORDON LUDWIG, ESQ.
21

22
                            SHARON N. MORRISON
23                          OFFICIAL COURT REPORTER

24

25
```

PROCEEDINGS

1          THE COURT OFFICER:  From the front row, docket

2     ending 176, Tyquan Hasquins.  Defendant is charged with

3     Robbery in the Second Degree, two counts of Grand Larceny in

4     the Fourth, and Criminal Possession of Stolen Property in the

5     Fourth, presworn affidavit.

6          Counsel, waive the reading, not the rights?

7          MR. LUDWIG:  So waived.

8          THE COURT OFFICER:  People.

9          MR. MILLS:  People are serving felony Grand Jury

10    notice, inquire as to cross.

11         MR. LUDWIG:  I'm serving cross Grand Jury notice on

12    behalf of my client.

13         MR. MILLS:  Your Honor, the People are serving a

14    Wiggins letter.  The People intend to present this case to

15    the Grand Jury in room 907 of One Hogan on Tuesday, August

16    30th at 10:00a.m.

17         The People are also requesting a temporary Order of

18    Protection in this case.  The People are reserving both

19    statement and identification notice and requesting bail in

20    the amount of $30,000.  The defendant here is a predicate

21    felon for a 2012 Attempted Burglary in the Second Degree.

22    The defendant also has an open felony strangulation case and

23    an open robbery.  The defendant also has an extensive

24    misdemeanor criminal history including 24 misdemeanor

25    convictions of which includes an Assault in the Third Degree,

PROCEEDINGS

1    Attempted Assault in the Third Degree, Resisting Arrest, CPW

2    Contempt.  The defendant has nine prior bench warrants.

3        In this case the defendant grabbed a friend's cell phone

4    with debit card and cash and pushed the complaining witness

5    to the ground.  For these reasons, we are requesting bail in

6    the amount of $30,000.

7        MR. LUDWIG:  Judge, this is clearly the least of his

8    problems, again, given his record.  This case is going

9    nowhere.  I doubt very seriously that the complaining witness

10    is going to show up.  The parties are known to each other.

11    They have a relationship.  The complaining witness has made

12    this up as a ploy to get my client in trouble because of a

13    personal matter between the two of them.  And given the

14    nature of their relationship, I doubt very seriously that

15    she's going to show up to court.

16        I understand the Court is going to set some bail.  I

17    assume that on the 180.80 day he will be released.  I do,

18    however, want to put on the record that, while I have served

19    cross Grand Jury notice, I've had a conversation with my

20    client.  He is insisting on going into the Grand Jury should

21    this case proceed.  I, as an attorney, have advised him that

22    I make the decision as to whether he goes into the Grand

23    Jury.  He rejects that.  At this point it's premature, but I

24    want the Court to be aware of the situation should I withdraw

25    cross Grand Jury notice on the one 180.80 day.

PROCEEDINGS

1      THE COURT:  Okay.  Thank you.

2      And what is the reason for the delay from incident to

3      the arrest?  This is alleged to have occurred July 29th.  Do

4      you have any information?  *8/25/2016*

5      MR. LUDWIG:  He was arrested in court yesterday.

6      MR. MILLS:  Your Honor, it does appear that there

7      was no delay in the report *No warrant* from what I can see; but it looks

8      like there was an issue with defendant wasn't there, and then

9      they dropped an I-card, and then just apprehending him.  He

10      was arrested yesterday *8/25/16* in the Bronx.  *8/25/2016 abductive from Court didn't see Judge or warrant*

11      THE COURT:  Mr. Hasquins, while this case is

12      pending, you're to have no contact with Jenalisa Feleciano,

13      otherwise you're going to be arrested.  No contact means in

14      person, by phone, by mail, e-mail, text, Twitter, Facebook,

15      any way that you can possibly imagine, including sending

16      messages to her through other people.  No third-party

17      contact, otherwise you will be rearrested.  Do you understand

18      that?

19      THE DEFENDANT:  Yes, ma'am.

20      THE COURT:  The case is adjourned to Part F for

21      August 31st.  Bail is set in the amount of $15,000 insurance

22      company bail bond over $15,000 cash.  *too high 8, Amendment*

23      MR. LUDWIG:  Judge, medical attention, please.

24      (CONTINUED ON NEXT PAGE.)

25      - - - - -

PROCEEDINGS

1           THE COURT:  I'll mark that.  Thank you.

2                              *****

3     This is certified to be a true and accurate transcript

4     of the above proceedings recorded by me.

5

6                              _Sharon N. Morrison_

7                              SHARON N. MORRISON
                               OFFICIAL COURT REPORTER

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

See Exhibit "B"

④ On 8/31/2016  Judge: Charlotte Davidson who knew that D.O.C have produced me as the Judge: Charlotte Davidson didn't not before the Courts, Produced defendant for reassign counsel.

⑤ On 8/31/2016 I.A.C as an 18b lawyer was Call too be appiónted without defendant Consent who wasn't produce in front of the Court to tell the Judge: Charlotte Davidson his Story as legal Aid wanted defendant to take an D.A. ple to not testifly infront of the grand Jury, or Legal Aid will retive himself.

⑥ on 8/31/2016  Judge: Charlotte Davidson Chose to waive defendant 180.80 & 30.30 CPL as the Order protection was expstended to February 26, 2017 without defendant being produced in Court to Signd as well to be appiónted an new lawyer. Second Call defendant who wasn't Produced before the Court on his 180.80.

⑦ Judge: Charlotte Davidson Who knew defendant was produce on 8/31/16 as lawyer and 18b Counsel have delay defendant 30.30 & 18-80 as defendant who suppose to be produce in the grand Jury on 8/30/16. As Judge: Charlotte Davidson Chose to waive defendant appearance in the Court as defendant 180.80 was violated by Judge: Charlotte Davidson who never produced defendant who never ask for a new lawyer as the Judge took the lawyer side without hearing the defendant Side. Violations too the Courts

Plaintiff Due Process violated
by lawyer ESQ legal Aod who agree
to waived Client 180.80 without his Consent
for an A.D.A plea offer that legal Aod
Call an generous offer on page "2"
AS Plaintiff wasn't Produce at
all on 8/31/16 violation to Due Process.
5,6, 14 Amendments.

# EXHIBIT B

```
 1    CRIMINAL COURT OF THE CITY OF NEW YORK
      COUNTY OF NEW YORK:          PART F
 2
      ----------------------------------------X
 3
      THE PEOPLE OF THE STATE OF NEW YORK,      DOCKET NO.
 4                                              03662/2016
                     -against-
 5
 6    TYQUAN HASQUINS,
 7
                          DEFENDANT.
 8
      ----------------------------------------X
 9
                          100 Centre Street
10                        New York, New York 10013
                          August 31, 2016
11
12    B E F O R E:

13            THE HONORABLE CHARLOTTE DAVIDSON, JUDGE.

14    A P P E A R A N C E S:

15            FOR THE PEOPLE:
                  CYRUS VANCE JR., ESQ.
16                DISTRICT ATTORNEY, NEW YORK COUNTY
                  One Hogan Place
17                New York, NY 10013
                  BY: BENJAMIN LEVIN
18                    CHRISTOPHER DEY
                    Assistant District Attorney
19
              FOR THE DEFENDANT:
20                Legal Aid Society
                  49 Thomas Street
21                New York, NY 10013
                  BY: GORDON LUDWIG
22
                  Law Office of John Buza P.C.
23                20 Vesey Street
                  New York, NY 10007
24                BY: JOHN BUZA
                                      DANA COGLIANO
25                                    OFFICIAL COURT REPORTER
```



PROCEEDINGS

1  BRIDGE OFFICER:  Sixteen.  Calendar number 16,

2  prison matter, Tyquan Hasquins.

3  The defendant is produced, but not before the

4  Court.  *Violation 5, 6, 14 Amendments Judge not producing defendant.*

5  An order of protection is in effect until

6  February 26th of 2017.

7  MR. LUDWIG:  Legal Aid Society by Gordon Ludwig

8  for Mr. Hasquins.

9  Judge, I am going to ask to be relieved.  But,

10  first, I want to make a record as to what has happened with

11  this case.

12  180.80 was originally at 11:45 a.m., this morning.

13  The day before (yesterday) *8/30/16* I was contacted by the assigned

14  assistant, who indicated that they had an offer for my

15  client of one and a half to three on an SCI.

16  And my client, being a violent predicate, facing a

17  minimum of seven years on this case, I agreed to

18  waive 180.80 until (Thursday) *9/1/16  two days* for me to have an opportunity

19  to go talk to my client about what I considered a generous

20  offer.  *Violations defendant Due Process and Judge See It.*

21  Inasmuch as, based on my conversations with him, I

22  was going to withdraw his cross Grandy Jury notice this

23  morning and not permit him to testify, as this is my call,

24  in terms of a strategic maneuver by his lawyer.

25  Mr. Hasquins became extremely, extremely

PROCEEDINGS

*8/30/16*

```
 1    perturbed, borderline violent yesterday.  So I had the

 2    on-call 18B come in today, anticipating that he was going

 3    to ask for a new attorney or to proceed pro se on the

 4    matter.

 5              So, to be clear, I would not put him into the

 6    Grand Jury.  He's asking for another attorney.  I join in

 7    that application.  I have permitted to the District

 8    Attorney's Office to waive 180.80.  But I, at this point,

 9    will only waive until 11:45 a.m. tomorrow, because I agreed

10    to waive 180.80 for 24 hours.

11              So I believe that the Court should hold the People

12    to the 11:45 a.m. time tomorrow.  And I would ask to

13    appoint 18B to make whatever strategic decisions he has to

14    make.  We have 18B here, Judge.

15              THE COURT:  Legal Aid Society is relieved, and 18B

16    is assigned.       Judge violeted defendent by not prodecesing him
                          in front of Courts.

17              MR. LUDWIG:  Thank you, Judge.

18    Judge talking    At this point, cross Grandy Jury remains in
                          Violations case should be dismiss for defendant not
19    effect.  And I'll leave all other decisions up to new
          being produce as well due process violated on 8/30/16 by Legal Aid
20    counsel

21              THE COURT:  Should we second call it or put it on

22    for tomorrow?

23              MR. BUZA:  Judge, I'm here.

24              THE COURT:  Okay.  Great.  Do you want to second

25    call the case today or put it on for tomorrow?
```

Dana Cogliano, Official Court Reporter

4

PROCEEDINGS

1        MR. BUZA:  Well, I don't know --

2        MR. LEVIN:  We are likely presenting today.    8/31/16

3        MR. BUZA:  So if they're presenting today, I would

4    ask for a second call.  He wants to testify so --

5        THE COURT:  All right.  Second call.

6              *    *    *    *    *    *

7        BRIDGE OFFICER:  Recalling calendar number 16,

8    prison matter, Tyquan Hasquins.

9        The defendant is produced, not before the Court.

10       The defendant has a Department of Corrections

11   hold.  *Violations defendant due process 5, 6, 14 Amendment*

12       MR. DEY:  Your Honor, it appears that this case

13   was second called but no date was set.  My understanding

14   is 180.80 is tomorrow, as defense counsel waived until

15   11:45 a.m. tomorrow.  So I ask that we adjourn this to

16   tomorrow, 9/1.

17       (Transcript continued on the following page.)

18

19

20

21

22

23

24

25

Dana Cogliano, Official Court Reporter

PROCEEDINGS

1          THE COURT:  Is his new counsel here?

2          BRIDGE OFFICER:  Not at the moment.

3          THE COURT:  We can put it on for tomorrow.

4          MR. DEY:  Thank you, Judge.

5          THE COURT:  9/1, in Part F, for Grand Jury action,

6     on consent.  And that's a waiver of 180.80 and 30.30.

7

8               *     *     *     *     *     *

9          CERTIFIED TO BE A TRUE AND ACCURATE
          TRANSCRIPT OF THE ABOVE PROCEEDING.

10

11

12               DANA COGLIANO
               OFFICIAL COURT REPORTER

13

14

15

16

17

18

19

20

21

22

23

24

25

See Exhibit "E"

⑧ On 9/1/2016 John Buza who was appointed too me
by the Legal Aid Mr. Ludwig on 8/31/16 and told me he was
going to take me too the grand jury that was an All day thing
on 8/31/16 John Buza told me. AS I wasn't produce on 8/31/16
as 9/1/2016 I was produce to the Grand Jury as I told the
people that the lawyer next to me isn't my lawyer. That I was
appointed a Legal Aid by an judge not a lawyer. AS the 18b
lawyer John Buza got mad and stop the testmony and bought
me down to part F Courtroom to See the Judge to get appointed
a new lawyer.

⑨ On 9/1/2016 Honorable Charlotte Davidson, Judge.
Who knew defendant haven't actually testify as ADA
Sophia Khan Stated as 18b John Buza agreed with Sophia
Khan to waive defendant 180.80 until next lawyer makes a
decisions infront of me & new lawyer we was blacklisted.

⑩ On 9/1/2016 Honorable Charlotte Davidson, Judge Assigned lawyer
Who knew my requested to dismiss Case for first lawyer
not producing me to the Grand Jury on 8/30/16 a Legal Aid wanted
me to take a D.A ple bargain to not testify on 8/30/16. The
18b lawyer never produce on 8/31/16 too the all day Grand Jury as
he got mad at me for telling the truth. The New 18b lawyer sign on
9/1/16 was asking about my last name and made two application
One for ROR & anothe for Case too be dismiss. AS Judge
denied them. lawyer ask for defendant too testify on 9/1/2016

MISSing Page "6"

Page "9" the people

refuse too turn over what the

Judge had said to me on the 9/1/16

**EXHIBIT E**

September 1, 2016